Form 8
(10/05)

# United States Bankruptcy Court
## Western District of Virginia

In re  Robert L. Tucker, II
      Rachael A. Tucker
                    Debtor(s)

Case No.  08-50979
Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Heat Pump | American General Finan | X | | | |
| 2006 R6 motorcycle with 7,000 miles | Hsbc/Ymaha | X | | | |
| 3050 S. Wildwood Drive, Covington, VA | Gmac Mortgage | Debtor will retain collateral and continue to make regular payments. | | | |
| 3050 S. Wildwood Drive, Covington, VA | Indymac Bank | Debtor will retain collateral and continue to make regular payments. | | | |
| 2004 Dodge Caravan with 76,000 miles | Member One Credit Union | Debtor will retain collateral and continue to make regular payments. | | | |
| 911 E. Dolly Ann Drive, Covington, VA | Suntrust Mortgage/Cc 5 | Debtor will retain collateral and continue to make regular payments. | | | |
| 1992 BMW with 200,000 miles | Weccu Credit Union | Debtor will retain collateral and continue to make regular payments. | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date  October 15, 2008            Signature  /s/ Robert L. Tucker, II
                                             Robert L. Tucker, II
                                             Debtor

Date  October 15, 2008            Signature  /s/ Rachael A. Tucker
                                             Rachael A. Tucker
                                             Joint Debtor